Entered JS-6

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   ED CV 08-00782-SGL(AJXx)                      Date:  September 22, 2008

Title:   LUCA MORALES and LESLEY MORALES -*v*- WAILUKU TIRE CENTER, LLC., et al.
=======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                Theresa Lanza
        Courtroom Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

 Michael DesJardins                       Duc Tri Le

PROCEEDINGS:    DEFENDANTS' MOTION TO DISMISS, DOCKET NO. 9

        This matter was heard on September 22, 2008.

        As set forth on the record, the Court **GRANTS** defendants' motion to dismiss for lack of personal jurisdiction and **DISMISSES** the complaint.

        The Clerk shall close the case.

        **IT IS SO ORDERED.**